UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:16-CV-848-BO

| | | |
|---|---|---|
| CICELY BECKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRIS & HILTON, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the parties have settled all matters in controversy among them. [DE 12]. The parties are therefore DIRECTED to file a stipulation of dismissal within sixty (60) days of the date of entry of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the sixty day period.

In light of the notice of settlement, plaintiff's motion for partial judgment on the pleadings [DE 10] and defendant's motion for extension of time to respond [DE 11] are DENIED WITHOUT PREJUDICE, with permission to refile should the settlement not be consummated.

SO ORDERED, this _28_ day of December, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE